# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>           Plaintiff,  )<br>v.                                    )           CASE NO. CIV-07-230-FHS<br>   )<br>BETTY S. SARGENT,    )<br>   )<br>           Defendant.  ) | |

## ORDER FOR DEFAULT JUDGMENT

On this 14th day of November, 2007, the Court takes under consideration the motion of plaintiff for the entry of default judgment against the defendant, Betty S. Sargent, and it appearing from plaintiff's motion and affidavit filed herein that the defendant, Betty S. Sargent, served with summons and complaint more than twenty (20) days prior to this date, and said defendant, Betty S. Sargent, failed to answer; and it further appearing that plaintiff has no knowledge that said defendant is a minor or incompetent person, or if defendant is in the military service of the United States as defined or contemplated by the Soldiers and Sailors Civil Relief Act of 1940 and the amendments thereto; the Court further finds that judgment by default should be entered as prayed for in plaintiff's motion.

IT IS THEREFORE ORDERED that the defendant, Betty S. Sargent, is in default of appearance, and that judgment be entered accordingly.

Frank H. Seay
United States District Judge

SHELDON J. SPERLING

UNITED STATES ATTORNEY


 /s/ *Cheryl R. Triplett*

CHERYL R. TRIPLETT, OBA #15282

Assistant United States Attorney

1200 West Okmulgee Avenue

Muskogee OK 74401-6848

Office: (918) 684-5100

Facsimile: (918) 684-5130