UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. CIV-07-230-FHS |
| ) | |
| BETTY S. SARGENT, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

It appearing by the affidavit of counsel for the Plaintiff that the Defendant has failed to answer or otherwise defend as provided in the Federal Rules of Civil Procedure, default of the Defendant having been entered; counsel for the Plaintiff having requested judgment against the defaulted Defendant and having filed a proper affidavit all in accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of Plaintiff, United States of America, and against the Defendant, Betty S. Sargent, in the sum of $6,054.53, as of November 28, 2006, plus interest accruing at the rate of eight percent (8%) per annum from November 28, 2006, to date of judgment, plus interest from the date of judgment at the legal rate of 3.58 percent per annum until paid in accordance with the Federal Debt Collection Procedures Act, plus costs.

Dated this 20th day of November, 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma